IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FRANCISCO SAENZ AKA FRANK SAENZ, | § § § § § | |
| *Plaintiff*, | | |
| v. | § § | CIVIL ACTION NO. 7:15-cv-134 |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY | § § § § | |
| *Defendant*. | § | |

## JOINT NOTICE OF SETTLEMENT

Defendant, Nationwide Property and Casualty Insurance Company, and Plaintiff, Francisco Saenz aka Frank Saenz, hereby provide notice to the Court that the parties have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that this case be removed from the Court's trial docket and that the Court allow the parties 30 days to complete the settlement process and submit appropriate dismissal documents.

*(Signatures on the following page)*

Respectfully submitted,

| | |
|---|---|
| */s/ Nishi Kothari* | */s/ Patrick M. Kemp* |
| Nishi Kothari | Patrick M. Kemp |
| Texas Bar No. 24087862 | Texas Bar No. 24043751 |
| David A. Christoffel | Southern District Bar No. 38513 |
| Texas Bar No. 24065044 | pkemp@smsm.com |
| Arguello, Hope & Associates, PLLC | Robert G. Wall |
| 1110 Nasa Parkway, Suite 620 | Texas Bar No. 24072411 |
| Houston, Texas 77058 | Southern District Bar No. 1117137 |
| Telephone (281) 532-5529 | rwall@smsm.com |
| Facsimile (281) 402-3534 | SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. |
| **ATTORNEYS FOR PLAINTIFF FRANCISCO SAENZ AKA FRANK SAENZ** | 100 Congress Ave., Suite 800 |
| | Austin, Texas 78701 |
| | Telephone (512) 476-7834 |
| | Facsimile (512) 476-7832 |
| | **ATTORNEYS FOR DEFENDANT, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY** |

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 7th of August, 2015 to:

Nishi Kothari
David A. Christoffel
Arguello, Hope & Associates, PLLC
1110 Nasa Parkway, Suite 620
Houston, Texas 77058

*/s/ Patrick M. Kemp*
Patrick M. Kemp