IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FRANCISCO SAENZ AKA FRANK SAENZ, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 7:15-cv-134 |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY | § § § § | |
| *Defendant*. | § § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Francisco Saenz ("Plaintiff") and Defendant Nationwide Property and Casualty Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a hailstorm which occurred on or about April 20, 2012.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| */s/ Nishi Kothari (by permission)* | */s/ Patrick M. Kemp* |
| Nishi Kothari | Patrick M. Kemp |
| SBN: 24087862 | Texas Bar No. 24043751 |
| David A. Christoffel | pkemp@smsm.com |
| SBN: 24065044 | SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. |
| Arguello, Hope & Associates, PLLC | |
| 1110 Nasa Parkway, Suite 620 | 100 Congress Ave., Suite 800 |
| Houston, Texas 77058 | Austin, Texas 78701 |
| Telephone (281) 532-5529 | Telephone (512) 476-7834 |
| Facsimile (281) 402-3534 | Facsimile (512) 476-7832 |
| **ATTORNEYS FOR PLAINTIFF FRANCISCO SAENZ** | **ATTORNEYS FOR DEFENDANT, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 20th of August, 2015 to:

Ms. Nishi Kothari
Mr. David A. Christoffel
Arguello, Hope & Associates PLLC
1110 Nasa Parkway, Suite 620
Houston, Texas, 77058

                                                         */s/ Patrick M. Kemp*
                                                         Patrick M. Kemp